FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 SEP 21 AM 9: 43

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) DOCKET NO. 4:14CR00343-1 |
| EBONY JACOBS | ) |

## ORDER

On June 10, 2015, the Court sentenced the Defendant to 30 months in the custody of the Bureau of Prisons, 3 years of supervised release, $359,988.48 in restitution, and a $100 special assessment. On August 31, 2015, the United States Attorney for the Southern District of Georgia filed a motion for reduction of sentence, pursuant to Federal Rules of Criminal Procedure 35(b).

Upon receiving and reviewing the motion, the Court heard from the Government's attorney, the Defendant's counsel, and the United States Probation Office on the issue of the Defendant's substantial assistance. All relevant issues and information were discussed, and the Court found no need for the Defendant to be present for a hearing on the matter.

The Government's motion pursuant to Federal Rules of Criminal Procedure 35(b) for a reduction of the sentence of imprisonment imposed in the Defendant's case is hereby **GRANTED**.

It is the judgment of this Court that the sentence of imprisonment imposed on June 10, 2015, is hereby reduced from thirty (30) months to **twenty-four (24) months**. All other terms and conditions shall remain in effect as originally imposed on June 10, 2015.

SO ORDERED this 21st day of September, 2015.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE